IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CALYPSO WIRELESS, INC., ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 2:08-CV-441 |
| T-MOBILE, INC. | § | |

## TEMPORARY RESTRAINING ORDER

It appearing to the court from the evidence submitted that the plaintiff, Calypso Wireless, Inc., is facing an immediate threat of irreparable harm arising from the pending sale of the Patent-in-Suit on Friday, January 15, 2009, it is ORDERED that Drago Daic, Jimmy Williamson, P.C., and Kelly D. Stephens (in his capacity as purported trustee), together with their officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with them, are temporarily restrained and enjoined from proceeding with any sale or auction of the Patent-in-Suit on Friday, January 15, 2010, or any other time during the pendency of this order. The court finds that the sale of the Patent-in-Suit under these circumstances would leave Calypso with substantially no assets and that the harm suffered is likely to be irreparable. It is further found that the threat is immediate.

This order shall expire on January 27, 2010, unless extended by the court for good cause.

The court orders that Drago Daic, Jimmy Williamson, P.C., and Kelly D. Stephens (in his capacity as purported trustee), to appear before the court in Marshall, Texas on Wednesday, January 27, 2010, at 9:00 a.m. before the Hon. Charles Everingham, United States Magistrate Judge, to show

cause why the court should not issue a preliminary injunction enjoining the sale of the Patent-in-Suit, during the pendency of this case.

The court finds that a bond in the amount of $50,000 is appropriate in this case. This order will be effective upon the posting of the bond.

So **ORDERED** and **SIGNED** this 13th day of January, 2010, at 3:57 p.m.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE