**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CALYPSO WIRELESS, INC., § <br>    Plaintiff, § <br> § <br> and § <br> § <br> DRAGO DAIC, § <br>    Co-Plaintiff and Cross-Claim Defendant, § <br> § <br> and § <br> § <br> JIMMY WILLIAMSON, PC, and § <br> KELLY D. STEPHENS, § <br>    Third-Party Defendants, § <br> § <br> v. § <br> § <br> T-Mobile USA, Inc. § <br> § <br>    Defendant. § | Case No. 2:08-CV-00441 <br> Jury Demanded |

**NOTICE TO THE COURT REGARDING RECEIVER STATEMENT**

In preparation for the parties' upcoming Status Conference on April 11, 2012 and in response to Defendant T-Mobile USA, Inc.'s ("T-Mobile") Notice of Court Order Regarding Dissolution of Plaintiff Calypso Wireless, Inc, Calypso Wireless, Inc. ("Calypso") files this notice regarding the recent opinion and order of the Delaware Court of Chancery.

On February 8, 2012, the Delaware Court of Chancery appointed Mark J. Gentile ("Receiver") as Receiver for Calypso. A letter from the Receiver to Calypso's counsel of record providing an account of the status the dissolution of Calypso and such dissolution's impact on the pending patent litigation is attached hereto as Exhibit A.

Dated:  April 9, 2012

Respectfully submitted,

/s/ Paul V. Storm
Paul V. Storm (lead counsel)
paulstorm@stormllp.com
  State Bar No. 19325350
Storm PLLC
4105 South Bowen Road
Arlington, Texas 76016
Phone: 214-347-4700
Fax: 817-861-8631

**ATTORNEYS FOR CALYPSO WIRELESS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I caused a true and correct copy of the foregoing and exhibits to be served on all counsel of record via the Court's CM/ECF system, pursuant to Local Rule CV-5(a)(3).

/s/ Paul V. Storm
Paul V. Storm