**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CALYPSO WIRELESS, INC. | § | |
| | § | |
| v. | § | Case No. 2:08-CV-441-JRG-RSP |
| | § | |
| T-MOBILE USA INC. | § | |

---

**April 11, 2012**
**Status Conference Minutes**

**OPEN: 10:14 a.m.**                                    **ADJOURN:10:41 a.m.**

---

| | |
|---|---|
| Attorneys for Plaintiffs: | Paul Storm |
| | Tim Johnson |
| | Andy Tindel |
| | |
| Attorneys for Defendant: | Bill Dawson |
| | Jennifer Ainsworth |
| | Steven Kalogeras |
| | |
| Law Clerk: | Chris Ponder |
| | |
| Courtroom Deputy: | Jan Lockhart |

Court opened.  Counsel for the parties announced ready for hearing.

The Court indicated that the letter from Mark Gentile was received and reviewed by the Court.  Mr. Storm indicated that he could speak on behalf of Mr. Gentile and that Mr. Gentile was available by phone.

The Court noted the fact that motions to dismiss are pending.  The Court proposed a schedule with a Markman hearing on August 27, 2012 at 1:00 p.m. and a trial date of either February or March of 2013.  Court heard the parties' position regarding the schedule.  Both sides indicated the Markman date will work for them.  Counsel for the parties requested time to visit with their clients regarding a schedule.  Jury Selection will be March 4, 2013 at 9:00 a.m.  The Court will prepare a proposed Scheduling Order and circulate it to counsel for comment.  The attorneys will then have 7 days to comment on the Court's proposal.  If issues arise concerning the proposed schedule, the Court will convene a telephone conference with counsel.

The Court inquired as to mediation in the case.  Mr. Storm and Mr. Dawson will let the Court know, within 7 days, the name for a mediator.

Page Two
Minutes
April 11, 2012


Next, the Court heard argument on the Second Motion to Dismiss for Lack of Prosecution.  Mr. Dawson argued on behalf of Defendant.  The Court inquired as to the Defendant's position on a dismissal without prejudice.  Mr. Storm argued on behalf of Plaintiff.  The Court carried ruling on the Motions.

Court adjourned.