IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CALYPSO WIRELESS, INC.,<br>    Plaintiff, and<br><br>DRAGO DAIC,<br>    Co-Plaintiff and Cross-Claim Defendant,<br>    and<br><br>JIMMY WILLIAMSON, PC, and<br>KELLY D. STEPHENS,<br>    Third-Party Defendants,<br><br>v.<br><br>T-Mobile USA, Inc.<br>    Defendant. | Case No. 2:08-CV-00441-JRG-RSP |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Harlan A. Martin, telephone number: 214-744-5267, facsimile number: 214-720-6010, is hereby appointed as mediator in the above referenced case. The Court designates Plaintiff's counsel to be responsible for timely contacting the mediator and Defendants' counsel to coordinate a date for the mediation.

Mediation shall be governed by the Court-Annexed Mediation Plan, Appendix H to the Local Court Rules for the Eastern District of Texas. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

**SIGNED this 20th day of April, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE