### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| CALYPSO WIRELESS, INC.,<br>DRAGO DAIC, and<br>JIMMY WILLIAMSON, PC, | |
| Plaintiffs, | Case No. 2:08-CV-00441 |
| v. | Jury Trial Demanded |
| T-MOBILE USA, INC. | |
| Defendant. | |

#### UNOPPOSED MOTION TO WITHDRAW ATTORNEY RICHARD KOEHL

Defendant T-Mobile USA, Inc., through its counsel of record, respectfully asks this Court to withdraw Richard Koehl as counsel of record for Defendant in the above-styled lawsuit. Mr. Koehl is no longer with Gibson Dunn & Crutcher, LLP. Josh Krevitt, Benjamin Hershkowitz, William Dawson, Anne Champion, and Steve Kalogeras remain as counsel of record for Defendant in this matter. Defendant therefore respectfully requests that the Court grant this Motion to withdraw Mr. Koehl as attorney of record for T-Mobile USA, Inc.

Dated: July 26, 2012

Respectfully,

/s/ *Anne Champion*
Anne Champion
New York Bar No. 4425237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-5361
Facsimile: (212) 351-5281
achampion@gibsondunn.com

*Attorneys for Defendant T-Mobile USA, Inc.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have met and conferred with counsel for Plaintiffs regarding this motion and Plaintiffs have indicated their consent to this motion.

/s/ *Anne Champion*
Anne Champion

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July 2012, a true and correct copy of the foregoing was sent to all counsel of record by electronic mail through ECF filing in accordance with the Federal Rules of Civil Procedure and the local Rules of the Eastern District of Texas.

/s/ *Anne Champion*
Anne Champion