IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CALYPSO WIRELESS, INC., DRAGO DAIC, and JIMMY WILLIAMSON, PC,<br><br>  Plaintiffs,<br><br>  v.<br><br>T-MOBILE USA, INC.<br><br>  Defendant. | Case No. 2:08-CV-00441<br><br>Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY RICHARD KOEHL

  After considering Defendant T-Mobile USA, Inc.'s Motion to Withdraw Attorney Richard Koehl as attorney of record for Defendant T-Mobile USA, Inc., good cause being show, the Court hereby Orders that the Motion be GRANTED.

  It is therefore ORDERED, ADJUDGED, and DECREED that Richard Koehl shall be withdrawn as attorney of record for Defendant.