**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CALYPSO WIRELESS, INC., DRAGO DAIC, & JIMMY WILLIAMSON, P.C., Plaintiffs-Counterclaim Defendants, v. T-MOBILE USA, INC., Defendant-Counterclaim Plaintiff. | Case No. 2:08-CV-441-JRG-RSP Jury Trial Demanded |

**ORDER DENYING JOINT MOTION TO RESCHEDULE MARKMAN HEARING FROM SEPTEMBER 10, 2012 TO OCTOBER 17, 2012**

Plaintiffs Calypso Wireless, Inc., Drago Daic, and Jimmy Williamson, P.C. (collectively, "Plaintiffs"), and Defendant T-Mobile USA, Inc. ("T-Mobile") have filed a Joint Motion to Reschedule Markman Hearing from September 10, 2012 to October 17, 2012. Good cause not being shown, the motion is DENIED.

**SIGNED this 4th day of September, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE