IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

1. Civil action number: **2:08-cv-441-TJW-CE**

2. Style of case: **Calypso Wireless, Inc., et al. vs. T-Mobile USA, Inc.**

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **October 9, 2012**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR

   ☐ Settled as a result of ADR.        ☒ Parties were unable to reach settlement

   ☐ Continuing to work with the parties to reach settlement *(Note: provider must file supplemental ADR summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee **$6,350.00 for the October 9, 2012 session**

8. Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, e.e. defendant, plaintiff):

   _Please see attached_

Please provide the names, address and telephone number of counsel on the reverse of this form.

10. Provider information:

    Harlan A. Martin
    JAMS, Inc.
    8401 North Central Expressway Suite 610
    Dallas, TX  75225
    214-744-5267

    _____          _10-18-12_
    Signature                           Date

<u>Alternative Dispute Resolution Summary</u>
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

William B. Dawson Esq.
Gibson Dunn & Crutcher
2100 McKinney Ave.
Suite 1100
Dallas, TX  75201-6911
Tel: 214-698-3132

Guy E. Matthews Esq.
Vernon Lawson Esq.
Matthews, Lawson & Johnson, PLLC
2000 Bering Dr.
Suite 700
Houston, TX  77057
Tel: 713-355-4200

Alice C. Garber Esq.
T-Mobile USA, Inc.
12920 SE 38th St.
Bellevue, WA  98006
Tel: 425-378-8199

Jimmy Williamson with Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2012, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas.

*Judy Stephenson*
Judy Stephenson, Case Manager