IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CALYPSO WIRELESS, INC., <br> DRAGO DAIC, and <br> JIMMY WILLIAMSON, P.C. <br><br> *Plaintiffs*, <br><br> v. <br><br> T-MOBILE USA, INC. <br><br> *Defendant*. | § § § § § § § § § § § § | Case No. 2:08-CV-00441-JRG-RSP <br><br> **Jury Demanded** |

### **PLAINTIFFS' NOTICE OF DESIGNATION OF EXPERT WITNESSES**

Plaintiffs, Calypso Wireless, Inc., Drago Daic and Jimmy Williamson, P.C., file this written designation of Plaintiffs' Expert Witnesses pursuant to the Court's Scheduling Order (Doc. 192, May 17, 2012).

Plaintiff's Designation of Expert Witnesses includes:

1. Infringement - Ahmed H. Tewfik, 3500 N. Capital of Texas Hwy, Apt. 1226, Austin, TX 78746.  Dr. Tewfik may be contacted through Plaintiffs' counsel of record, Guy E. Matthews, Matthews Lawson, PLLC, 2000 Bering Drive, Suite 700, Houston, Texas 77057;

2. Damages - Robert L. Bailes, 1357 Dominion Plaza, Tyler, TX 75703.  Mr. Bailes may be contacted through Plaintiffs' counsel of record, Guy E. Matthews, Matthews Lawson, PLLC, 2000 Bering Drive, Suite 700, Houston, Texas 77057.

Respectfully submitted,

*/s Matthew C. Juren*
Guy E. Matthews (lead counsel)
State Bar No. 13207000

                                        C. Vernon Lawson
                                        State Bar No. 12058150
                                        Matthew C. Juren
                                        State Bar No. 24065530
                                        Matthews Lawson, PLLC
                                        2000 Bering Drive, Suite 700
                                        Houston, Texas 77057
                                        (713) 355-4200 (Telephone)
                                        (713) 355-9689 (Facsimile)
                                        Email: gmatthews@matthewsfirm.com
                                        vlawson@matthewsfirm.com
                                        mjuren@matthewsfirm.com

                                        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 19th day of October 2012.  Any other counsel of record will be served by first class mail on this same date.

                                        */s Matthew C. Juren*_____
                                        Matthew C. Juren