# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CALYPSO WIRELESS, INC., DRAGO DAIC, & JIMMY WILLIAMSON, P.C., <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant-Counterclaim Plaintiff. | Case No. 2:08-CV-441-JRG-RSP <br><br> Jury Trial Demanded |

## NOTICE OF DISCLOSURE OF EXPERT REPORT

Pursuant to the Docket Control Order (Dkt. 192), Rule 26(a)(2) of the Federal Rules of Civil Procedure, and Local Rule CV 26(c), Defendant T-Mobile USA, Inc., by and through its attorneys, respectfully submits this notice of disclosure of the Expert Report of Alex Hills Regarding the Invalidity of U.S. Patent No. 6,680,923 Pursuant to 35 U.S.C. §§ 102, 103, and 112, which has been served on counsel for the Plaintiffs in this action.

October 19, 2012

Respectfully submitted,

/s/Anne Champion

William Dawson (lead attorney)
Texas Bar No. 05606300
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
wdawson@gibsondunn.com

1

        Josh A. Krevitt
N.Y. Bar No. 2568228
Benjamin Hershkowitz
N.Y. Bar No. 2600559
Anne Champion
N.Y. Bar No. 4425237
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jkrevitt@gibsondunn.com
bhershkowitz@gibsondunn.com
achampion@gibsondunn.com

Jennifer Parker Ainsworth
Texas Bar No. 00784720
**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No. (903) 509-5092
jainsworth@wilsonlawfirm.com

*Attorneys for Defendant T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on October 19, 2012.

                                    /s/Anne Champion